CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
UNITED STATES ATTORNEYS OFFICE
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 645-2700
LAB0321

June 9, 2008

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. WILLIAM H. WALLS |
| PLAINTIFF, | : | CRIMINAL NO. 02-750 |
| v. | : | |
| TERRANCE WELDON, | : | ORDER |
| DEFENDANT. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this _11_ day of _June_, 200_8_

ORDERED that the Application and Order for Writ of Continuing Garnishment in this matter is hereby WITHDRAWN.

By: _[signature]_
HONORABLE WILLIAM H. WALLS
JUDGE, U.S. DISTRICT COURT